UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Guang Zhou Sheng Wei Dian Zi Shang Wu You Xian Gong Si,

          Plaintiff,

v.

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A",

          Defendants.      /

CASE No.: 22-cv-61622

Judge: Roy K. Altman

Magistrate Judge: Patrick M. Hunt

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Guang Zhou Sheng Wei Dian Zi Shang Wu You Xian Gong Si, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant No. 1 Dingren, Defendant No. 7 QingCheng, Defendant No. 10 Qianmian, Defendant No. 13 Xingmian, Defendant No. 15 Ningzhi, without prejudice.

Dated October 27, 2022.

Respectfully submitted,

/s/ Andrew J. Palmer
Andrew J. Palmer
Jared W. Gasman Attorney, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@gasmanlaw.com
dkang@gasmanlaw.com

1